UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS IBARRA,<br><br>        Plaintiff,<br><br>        v.<br><br>KILOLO KIJAKAZI, et al.,<br><br>        Defendants. | Case No. 23-cv-01037-SI<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>Re: Dkt. No. 26 |

Plaintiff Nicolas Ibarra has again filed an administrative motion for the Court to consider whether this case should be related to *Rivas v. Kojakazi* [sic], No. 23-cv-3324-WHA. *See* Dkt. No. 26. Because the actions do not concern "substantially the same parties, property, transaction, or event," the motion to relate is DENIED. *See* Civil L.R. 3-12(a).

**IT IS SO ORDERED**.

Dated: July 25, 2023

                                        SUSAN ILLSTON
                                        United States District Judge