UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS IBARRA,<br><br>        Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, et al.,<br><br>        Defendants. | Case No. 23-cv-01037-SI<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS**<br><br>Re: Dkt. No. 41 |

Plaintiff has filed a motion for sanctions against the government, pursuant to Federal Rule of Civil Procedure 11. Dkt. No. 41. The Court finds this matter appropriate for resolution without oral argument and **VACATES** the hearing set for 10:00 a.m. on November 17, 2023. *See* Civ. L.R. 7-1(b).

The Court has reviewed plaintiff's motion, the government's opposition, and plaintiff's reply. The Court **DENIES** plaintiff's motion for sanctions as frivolous.

The initial case management conference remains on calendar for **2:30 p.m. on November 17, 2023,** via Zoom videoconference. The parties are reminded that the joint case management statement is due one week prior to the conference.

**IT IS SO ORDERED**.

Dated: November 8, 2023

*(signature)*
SUSAN ILLSTON
United States District Judge