UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS IBARRA,<br><br>        Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, et al.,<br><br>        Defendants. | Case No. 23-cv-01037-SI<br><br>**ORDER RE: MARCH 15, 2024 CASE MANAGEMENT CONFERENCE** |

A further case management conference is set for **March 15, 2024, at 3:00 p.m.** Dkt. No. 49. A joint statement is due by **March 8, 2024.**

Also pending before the Court is a motion by plaintiff for appointment of his attorney as plaintiff's guardian ad litem in this litigation.[1] Dkt. No. 58. The government has filed a response and plaintiff has filed a reply. Dkt. Nos. 60, 62. The motion is not currently set for a hearing.

At the March 15 case management conference and in the March 8 joint statement, the parties (and plaintiff's counsel in particular), shall be prepared to discuss:

- plaintiff's current status, including the status of his mental health, his whereabouts, and the status of any other pending legal proceedings; and
- whether anyone besides plaintiff's counsel is willing and able to serve as plaintiff's guardian ad litem, if needed—including, for instance, plaintiff's mother.

**IT IS SO ORDERED**.

Dated:

                                                SUSAN ILLSTON
                                                United States District Judge

---

[1] The Court is unable to read the motion in full because plaintiff filed the motion with redactions but did not file an unredacted copy on the docket and did not comply with Civil Local Rule 79-5 or Judge Illston's Standing Order regarding filing material under seal in civil cases.