UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS IBARRA,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, et al.,<br><br>    Defendants. | Case No. 23-cv-01037-SI<br><br>**ORDER RE: HEARING ON MOTION FOR GUARDIAN AD LITEM APPOINTMENT** |

On March 15, 2024, at 10:00 a.m. the Court held a further case management conference, at which plaintiff's counsel did not appear.[1] The Court discussed the status of plaintiff's pending motion to appoint a guardian ad litem ("GAL"). *See* Dkt. No. 58.

A hearing on the motion to appoint a Guardian ad Litem is set for **Friday, March 29, 2024, at 10:00 a.m. over Zoom videoconference**.

Plaintiff's counsel shall attend the hearing with plaintiff's mother and, if possible, with plaintiff's sister.[2]

There is also the matter of interpretation. The papers indicate that plaintiff's mother is a monolingual Spanish speaker. While a *certified* interpreter is not needed, someone will have to provide interpretation at the GAL hearing and (if plaintiff's mother is appointed GAL) at the settlement conference. The Court requires assurances that plaintiff has accounted for this factor

---

[1] On March 13, 2024, the Court moved the time of the case management conference from 3:00 p.m. to 10:00 a.m. Dkt. No. 67. The Courtroom Deputy sent several emails to plaintiff's counsel to confirm receipt of the time change but received no response.

[2] At the CMC, counsel for the government stated that it inquired with the Social Security Administration whether any other family members are involved in plaintiff's case and was informed that plaintiff's sister has also been involved.

and, if an interpreter needs to be hired, has considered the expense plaintiff will incur.

**The Court ORDERS that, no later than March 25, 2024, plaintiff's counsel file a statement:**

- indicating whether Mr. Ibarra consents to have his mother (or his sister) appointed as his GAL in this case;
- confirming that Mr. Ibarra's mother (and, if possible, his sister) is able to attend the hearing on March 29 at 10:00 a.m.; and
- explaining who will provide interpretation at the GAL hearing and at the settlement conference.

**IT IS SO ORDERED**.

Dated: March 15, 2024

_____
SUSAN ILLSTON
United States District Judge