UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS IBARRA, et al., | Case No.  23-cv-01037-SI  (SI) |
| Plaintiffs, | |
| v. | **PRETRIAL PREPARATION ORDER (CIVIL)** |
| SSA (INTERESTED PARTY / NEF), et al., | |
| Defendants. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is:4/25/2025.

DESIGNATION OF EXPERTS:5/30/2025; REBUTTAL:6/27/2025;
        Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is:7/25/2025.

DISPOSITIVE MOTIONS **SHALL** be filed by;  8/29/2025;
        Opp. Due:  9/12/2025; Reply Due:  9/19/2025;
        and set for hearing no later than 10/3/2025 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  TBD
PRETRIAL CONFERENCE DATE: TBD at 1:30 PM.

TRIAL DATE: TBD at 8:30 AM.
        Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be TBD days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

United States District Court
Northern District of California

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

       **IT IS SO ORDERED**.

Dated: October 30, 2024

SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California