UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS IBARRA, et al.,<br><br>        Plaintiffs,<br><br>      v.<br><br>SSA (INTERESTED PARTY / NEF), et al.,<br><br>        Defendants. | Case No. 23-cv-01037-SI<br><br>**ORDER TO FILE JOINT STATUS REPORT AND VACATING HEARING** |

Now pending before the Court is defendant's motion to dismiss for lack of jurisdiction. Dkt. No. 153. The Court has reviewed the parties' papers, which lay out numerous factual disputes that require clarification. Accordingly, the parties are ORDERED to meet and confer—by telephone or by videoconference—and to submit a joint status report that addresses the following:

- The current status of Mr. Ibarra's new SSI application and <u>specifically</u> what, if anything, Mr. Ibarra needs to do for the agency to consider his new SSI application complete;
- Whether Mr. Ibarra has a release date from San Mateo County custody;
- What type of "mental health diversion" Mr. Ibarra is on, what needs to be in place for him to be released from custody, and in particular whether Mr. Ibarra needs to have SSI benefits in place in order to be released from custody (*see* Dkt. No. 154-4, Center Decl. ¶ 6); and
- The outcome of the April 10, 2025 state court hearing.

**The joint status report is due April 18, 2025.** The Court strongly encourages the parties to work together to submit a streamlined joint statement that focuses on the substance of the legal

issues at hand.  Neither party is well served by filing papers replete with footnotes, exhibits, and declarations that are submitted only to show which side mischaracterized whose argument, which side listened in on whose phone conversations, etc. etc.

**The hearing set for April 4, 2025, is VACATED**.  *See* Civ. L.R. 7-1(b).  The Court intends to decide the government's motion on the papers but may re-set the hearing date upon receipt of the parties' joint status report.

**IT IS SO ORDERED**.

Dated: March 25, 2025

SUSAN ILLSTON
United States District Judge