UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICOLAS IBARRA, et al.,

    Plaintiffs,

v.

SSA (INTERESTED PARTY / NEF), et al.,

    Defendants.

Case No. 23-cv-01037-SI  (SI)

**FIRST AMENDED PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 10/6/2025

DESIGNATION OF EXPERTS:11/5/2025; REBUTTAL:12/5/2025;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is:1/5/2026.

DISPOSITIVE MOTIONS **SHALL** be filed by: 2/6/2026;
    Opp. Due: 2/20/2026; Reply Due: 2/27/2026;
    and set for hearing no later than 3/13/2026 at 10:00 AM.

PRETRIAL PAPERWORK DUE: 3/24/2026
PRETRIAL CONFERENCE DATE: 3/31/2026 at 1:30 PM.

BENCH TRIAL DATE: 4/13/2026 at 9:00 a.m.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be TBD days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: June 9, 2025

_____
SUSAN ILLSTON
United States District Judge

2