UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS IBARRA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SSA (INTERESTED PARTY / NEF), et al., <br><br> Defendants. | Case No. 23-cv-01037-SI  (SI) <br><br> **SECOND AMENDED PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 2/26/2026

ADR: Early Settlement Conference with Magistrate Beeler on 3/25/2026 at 10:00 am.

DESIGNATION OF EXPERTS:3/13/2026; REBUTTAL:4/15/2026;
  Parties **SHALL** conform to Rule 26(a)(2).

FURTHER CASE MANAGEMENT CONFERENCE:  4/17/2026 at 3:00 pm

EXPERT DISCOVERY CUTOFF is:4/30/2026.

DISPOSITIVE MOTIONS **SHALL** be filed by: 5/15/2026;
  Opp. Due: 5/29/2026; Reply Due: 6/5/2026;
  and set for hearing no later than 6/19/2026 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  6/30/2026
PRETRIAL CONFERENCE DATE: 7/14/2026 at 1:30 PM.

BENCH TRIAL DATE: 7/27/2026 at 9:00 a.m.
  Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be TBD days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: December 12, 2025

_____
SUSAN ILLSTON
United States District Judge

2